# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN NELSON, | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 03-254-CJP |
| CARL MILLER, | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This case came before this Court for bench trial. The issues have been tried and the Court has rendered its decision.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendant **CARL MILLER** and against plaintiff **BRIAN NELSON.**

Plaintiff shall take nothing from this action.

**DATED** this 31st day of March, 2008

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela Vehlewald**
      **Deputy Clerk**

**Approved by**    **S/ Clifford J. Proud**
       **United States Magistrate Judge**
          **Clifford J. Proud**